```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LIBRA MAX,                              :
                                        :
                    Plaintiff,          :     22cv6156 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
DEBORAH KAPLAN,                         :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 30, 2022, the defendant filed a motion to dismiss the complaint pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. P.  On September 20, the plaintiff filed an amended complaint.  Accordingly, it is hereby

ORDERED that the defendant's August 30 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **October 7, 2022**.  If the defendant renews her motion to dismiss, the plaintiff shall file any opposition to the renewed motion by **October 28**.  Defendant shall file any reply by **November 10**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the

United States Courthouse, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           September 20, 2022

                                      _____
                                            DENISE COTE
                                      United States District Judge