# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

VASUDHA TALLA

NAIRUBY L. BECKLES
MARISSA BENAVIDES
DAVID BERMAN
NICK BOURLAND
SARA LUZ ESTELA
ANDREW K. JONDAHL
NOEL R. LEON
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

September 26, 2022

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 18B
New York, New York 10007

> The conference is adjourned to November 4 at 10:00 a.m.
>
> Denise Cote
> 9/27/22

Re: *Max v. Kaplan,*
No. 22-cv-6156 (DLC)

Your Honor:

This firm represents Plaintiff Libra Max in the above-captioned case. We write jointly with the Office of the Attorney General ("OAG"), which represents Defendant the Hon. Deborah Kaplan, to request an extension of time and adjournment of the initial pretrial conference.

The parties seek the below extensions:

| Deadline | Current Deadline | Joint Proposed Deadline |
|---|---|---|
| Def.'s Response to Amended Complaint | 10/7/2022 | 10/11/2022 |
| Pl.'s Response to Mot. to Dismiss (if renewed) | 10/28/2022 | 11/4/2022 |
| Def.'s Reply (if any) | 11/10/2022 | 11/14/2022 |

> Approved.
> dlc

The parties also seek an adjournment of the Initial Pretrial Conference currently scheduled for October 21, 2022, at 4:00 p.m., until November 1, 2, or 9, 2022, after 12:00 p.m. on any of those dates.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

Respectfully Submitted,

/s/
Noel R. León

c.   Anjali Bhat (by ECF)
     Assistant Attorney General
     New York State Office of the Attorney General
     28 Liberty Street
     New York, New York 10005
     Tel: (212) 416-8632
     anjali.bhat@ag.ny.gov