

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8632

October 28, 2022

**By ECF**
Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 18B
New York, New York 10007

Re:   *Max v. Kaplan*, 22-cv-6156 (DLC)

Dear Judge Cote:

The Office of Attorney General (this "Office") represents defendant the Hon. Deborah Kaplan ("Judge Kaplan") in the above-referenced action (the "Action"). I write to respectfully request an adjournment of the initial pre-trial conference (the "Pre-trial Conference") scheduled for November 4, 2022, at 10:00 AM. ECF No. 20. The September 27 order scheduling the Pre-trial Conference included a schedule for Judge Kaplan's response to the Amended Complaint. *Id.* On October 11, Judge Kaplan moved to dismiss the Amended Complaint. ECF Nos. 23-24 (the "Motion"). On October 21, the Court granted Judge Kaplan's request for a stay of discovery in the Action pending the Court's disposition of the Motion. ECF No. 27.

Accordingly, in light of the discovery stay, this Office respectfully requests an adjournment of the Pre-trial Conference pending the disposition of the Motion. This Office notes that the Motion will not be fully briefed until ten days after the Pre-trial Conference as currently scheduled. ECF No. 20. Plaintiff Libra Max has indicated that she does not oppose this request. There has been one previous request for an adjournment of the Pre-trial Conference, made jointly by the parties, which the Court granted. *Id.*

Thank you for your continued consideration in this matter.

Respectfully submitted,

/s/ Anjali Bhat
Assistant Attorney General

*[Handwritten: The conference is cancelled. /s/ Denise Cote 10/28/22]*

28 LIBERTY STREET, NEW YORK, NY 10005 • PHONE (212) 416-8610 • WWW.AG.NY.GOV