UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LIBRA MAX,

                  Plaintiff,

  -against-                                22 **CIVIL** 6156 (DLC)

## **JUDGMENT**

DEBORAH KAPLAN, Deputy Chief
Administrative Judge for the New York City
courts, in her official and personal capacities,

                  Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 13, 2023, the defendant's October 11, 2022 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

       February 14, 2023

                                                                 **RUBY J. KRAJICK**

                                                                     _____
                                                                        **Clerk of Court**

                                      **BY:**      *K. Mango*

                                                                         _____
                                                                         **Deputy Clerk**